12572.   CENTRAL OF GEORGIA RAILWAY COMPANY v. GWYNES.

STEPHENS, J. The Supreme Court having held in answer to a question certified thereto by this court, that the magistrate in whose court the case was tried should have taken judicial notice of the fact that at the time the damage was done, for which the suit was brought, the defendant railroad company was not liable for the damage sued for, the

judgment of the judge of the superior court, overruling the certiorari, is reversed. See *Central of Ga. Ry. Co.* v. *Gwynes*, 153 Ga. 606.

*Judgment reversed. Jenkins, P. J., concurs.*

DECIDED JULY 24, 1922.

Certiorari; from Macon superior court — Judge Littlejohn. May 13, 1921.

*Jule Felton, Jule W. Felton,* for plaintiff in error.

*J. J. Bull & Son,* contra.